PAUL LIPPMAN, Appellant, v. SAUL ZINN et al., Respondents.— In an action to recover damages for an alleged breach of contract by the defendant Zinn, and for alleged inducement, by the defendant Goldstein, of such breach of contract, plaintiff appeals from a judgment in favor of both defendants, dismissing plaintiff's complaint on the merits and awarding costs to defendants. Plaintiff also appeals from an order directing that the judgment be amended *nunc pro tunc* so as to provide that the complaint was dismissed at the end of the entire case and from an order denying plaintiff's motion for leave to serve and file a demand for trial by jury *nunc pro tunc*. Judgment unanimously affirmed, with costs, and orders affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ.

■

MARY E. LOWE, Respondent, v. JOHN W. LOWE, JR., Appellant.— Defendant appeals from a judgment granting plaintiff a separation, awarding custody of a child, and directing payment of alimony. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Murphy, JJ.

■

ROSE MISHUCK, Appellant, v. JACK MISHUCK, Respondent.— In an action for separation, plaintiff appeals from a judgment dismissing the complaint, after trial, because the Trial Justice was of the opinion that the evidence failed to establish cruelty or such conduct on the part of defendant toward plaintiff which renders it unsafe and improper for plaintiff to cohabit with defendant. Judgment affirmed, without costs. Nolan, P. J., MacCrate, Beldock and Murphy, JJ., concur; Schmidt, J., dissents and votes to reverse so much of the judgment as dismisses the complaint and to direct judgment granting plaintiff a separation.

■

MOGUL CONSTRUCTION CO., INC., Respondent, v. ALBERT SILVERMAN, Appellant.— In an action to recover a balance alleged to be due for work, labor, and services and for materials furnished, defendant appeals from an order denying his motion to dismiss the complaint on the ground of *res judicata*. (Rules Civ. Prac., rule 107, subd. 4.) Order affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.